**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 275 MAL 2018

Respondent  :
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
v.  :
:
:
JAMES MCNEELY,  :
:
Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.